UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
FRANCISCO JIMENEZ and CESAR
JIMENEZ,
        Plaintiffs,

v.

CITY OF NEW ROCHELLE; RICHARD
GARGAN; CARLOS JIMENEZ; STEPHEN
CORREALE; RAYMOND BECKLEY;
ROBERT MANSFIELD; JUAN TORRES;
ALEC McKENNA; JOSEPH NIEVES; and
ROBERT WENZLER, All in Their Individual
Capacities and in Their Official Capacities,
        Defendants.
--------------------------------------------------------------x

**ORDER**

17 CV 8432 (VB)

As discussed at a conference held today and attended by counsel for all parties, it is HEREBY ORDERED:

1. By March 23, 2020, defense counsel shall file a letter with the Court specifying (i) which counts are being moved to be dismissed in full; (ii) which counts are being moved to be dismissed in part, and specifying which defendants are being moved to be dismissed and which defendants are not being moved to be dismissed; and (iii) which counts are not being moved to be dismissed at all.

2. All discovery deadlines are stayed pending decision on the pending partial motion to dismiss. (Docs. ##50, 54).

Dated: March 9, 2020
      White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge