UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

UZIEL JIMENEZ JR., as Administrator of the
Estate of Francisco Jimenez, and CESAR
JIMENEZ,

              Plaintiffs,

v.

CITY OF NEW ROCHELLE, RICHARD
GARGAN, in his individual and official capacity,
CARLOS JIMENEZ, in his individual and official
capacity, STEPHEN CORREALE, his individual
and official capacity, RAYMOND BECKLEY, in
his individual and official capacity, ROBERT
MANSFIELD, in his individual and official
capacity, JUAN TORRES, in his individual and
official capacity, ALEC MCKENNA, in his
individual and official capacity, ROBERT
WENZLER, in his individual and official capacity,
and JOSEPH NIEVES, in his individual and
official capacity,

              Defendants.

-------------------------------------------------------------x

**ORDER**

17 CV 8432 (VB)



Defendants having filed a partial motion to dismiss the amended complaint pursuant to Rule 12(b)(6) (Docs. ##50, 54), it is HEREBY ORDERED:

      1.     Defendants' motion is DENIED.  A conference is scheduled for October 21, 2020, at 10:00 a.m., at which time the Court will issue a bench ruling explaining the basis for its decision. The parties shall use the following information to connect by telephone:

      **Dial-In Number: (888) 363-4749 (toll free) or (215) 446-3662;**
      **Access Code: 1703567.**

      2.     By October 2, 2020, counsel shall file on the ECF docket their proposed revised Civil Case Discovery Plan and Scheduling Order, the blank form for which is attached to the Notice of Initial Conference, dated February 28, 2018 (Doc. #25).

      3.     The Clerk is instructed to terminate the motion.  (Docs. ##50, 54).

Dated: September 11, 2020
       White Plains, NY

SO ORDERED:

Vincent L. Briccetti
United States District Judge