UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
CESAR JIMENEZ and UZIEL JIMENEZ, JR.
as administrator of the Estate of Francisco
Jimenez,
               Plaintiffs,

v.

CITY OF NEW ROCHELLE; RICHARD
GARGAN; CARLOS JIMENEZ; STEPHEN
CORREALE; RAYMOND BECKLEY;
ROBERT MANSFIELD; JUAN TORRES;
ALEC McKENNA; JOSEPH NIEVES; and
ROBERT WENZLER, All in Their Individual
Capacities and in Their Official Capacities,
               Defendants.
--------------------------------------------------------------x



**ORDER**

17 CV 8432 (VB)

      As discussed at a conference held today and attended by counsel for all parties, it is HEREBY ORDERED:

      1.    Counsel are directed to promptly discuss avoiding the need for or streamlining any anticipated summary judgment motion.

      2.    Counsel shall continue to discuss settlement in good faith, including consideration of the related case of Jimenez v. City of New Rochelle, 19cv2525 (VB).

      3.    The Court will conduct a conference to address these matters on April 8, 2022, at 12:00 p.m., in Room 620 at the White Plains Courthouse.

Dated: March 2, 2022
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge