UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
CESAR JIMENEZ and UZIEL JIMENEZ, JR.      :
as administrator of the Estate of Francisco      :
Jimenez,      :
             Plaintiffs,      :
                   :
                   :
v.      :
                   :
CITY OF NEW ROCHELLE; RICHARD      :
GARGAN; CARLOS JIMENEZ; STEPHEN      :
CORREALE; RAYMOND BECKLEY;      :
ROBERT MANSFIELD; JUAN TORRES;      :
ALEC MCKENNA; JOSEPH NIEVES; and      :
ROBERT WENZLER, All in Their Individual      :
Capacities and in Their Official Capacities,      :
             Defendants      :
------------------------------------------------------------x
------------------------------------------------------------x
AMPARO JIMENEZ and UZIEL JIMENEZ,      :
JR. as administrator of the Estate of Francisco      :
Jimenez,      :
             Plaintiffs,      :
                   :
                   :
v.      :
                   :
CITY OF NEW ROCHELLE; DWAYNE      :
JONES; CHRISTOPHER GUGLIELMO;      :
SEAN KANE; BRIAN FAGAN; MICHAEL      :
VACCARO; All in Their Individual      :
Capacities and in Their Official Capacities,      :
             Defendants      :
------------------------------------------------------------x

**ORDER**

17 CV 8432 (VB)

19 CV 2525 (VB)

     As discussed on the record at a conference held today in both of the above-captioned cases, and attended by counsel for all parties,[1] it is HEREBY ORDERED:

1. Counsel informed the Court the parties reached a global settlement in principle of both cases. By **December 30, 2022**, counsel shall either move for settlement approval from the Court or file a joint status update regarding settlement.

2. Jury selection and trial scheduled to commence on December 5, 2022, in <u>Jimenez v. City of New Rochelle</u>, No. 17-cv-8432 (filed Nov. 1, 2017), are cancelled.

---

[1]     Counsel for plaintiffs attended the conference remotely by telephone.

3.  The conference scheduled for December 1, 2022, at 10:00 a.m., in <u>Jimenez v. City of New Rochelle</u>, No. 19-cv-2525 (filed Mar. 21, 2019), is cancelled.

Dated: November 29, 2022
      White Plains, NY

SO ORDERED:

Vincent L. Briccetti
United States District Judge