UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

CESAR JIMENEZ; and UZIEL JIMENEZ, JR.,  :
as Administrator of the Estate of Francisco
Jimenez,                                 :
                        Plaintiffs,      :

v.                                       :

CITY OF NEW ROCHELLE; RICHARD            :
GARGAN; CARLOS JIMENEZ; STEPHEN
CORREALE; RAYMOND BECKLEY;
ROBERT MANSFIELD; JUAN TORRES;
ALEC MCKENNA; JOSEPH NIEVES; and
ROBERT WENZLER, All in Their Individual
Capacities and in Their Official Capacities,
                        Defendants.
-------------------------------------------------------------x

**ORDER OF DISMISSAL**

17 CV 8432 (VB)

        The Court has been advised that the parties have reached a settlement in this case.  (Doc.

#126).  Accordingly, it is hereby ORDERED that this action is dismissed without costs, and

without prejudice to the right to restore the action to the Court's calendar, provided the

application to restore the action is made by no later than February 22, 2023.  To be clear, any

application to restore the action must be filed by February 22, 2023, and any application to

restore the action filed thereafter may be denied solely on the basis that it is untimely.

        All other deadlines, scheduled conferences, or other scheduled court appearances are

cancelled.  Any pending motions are moot.

        The Clerk is instructed to close the case.

Dated:  January 23, 2023
        White Plains, NY

                                SO ORDERED:


                                _____
                                Vincent L. Briccetti
                                United States District Judge